**Order entered November 19, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00720-CV

### IN THE ESTATE OF CONSTANCE LOU HOWELLS

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-0258-2020**

### ORDER

Before the Court is appellant's November 16, 2020 motion for an extension of time to file her brief on the merits. By letter dated November 19, 2020, the Court questioned its jurisdiction to review one of the four appealed orders. In that letter, the Court suspended the deadline for appellant's brief on the merits pending determination of our jurisdiction to review the questioned order. Accordingly, we **DENY** appellant's motion as moot.

/s/    KEN MOLBERG
        JUSTICE